SOUTHWESTERN R. CO. v. CENTRAL RAILROAD & BANKING CO. OF GEORGIA et al. (Circuit Court of Appeals, Fifth Circuit. April 7, 1896.) No. 222. Dismissed per stipulation, the matters involved having been compromised and settled between the parties.

UNITED STATES v. LAWS. (Circuit Court of Appeals, Sixth Circuit.) Error to the Circuit Court of the United States for the Southern District of Ohio, Western Division. Questions of law certified to the supreme court. For decision of the supreme court, see 16 Sup. Ct. 998.

WINDETT v. UNION MUT. LIFE INS. CO. et al. (Circuit Court of Appeals, Seventh Circuit. November 7, 1895.) No. 235. Appeal from Circuit Court of the United States for the Northern District of Illinois. W. P. Black, for appellant. Frank L. Wean, George W. Smith, and George L. Pollock, for appellees. Dismissed for failure to print the record.